IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA JOHNSON & ANDRE LEWIS | § § § | |
| Plaintiffs, | § § § § | |
| v. | § § § | Civil Action No. H-07-1739 |
| MISSOURI CITY AND MISSOURI CITY POLICE DEPARTMENT, ET AL. | § § § § | |
| Defendants. | | |

## MEMORANDUM AND ORDER

Plaintiff Linda Johnson has filed a "Motion [20] for Court to Remove Attorney Steve Selbe." ("Motion").

The Motion is not in compliance with the Local Rules because it lacks a certificate of conference. Moreover, Plaintiff altogether fails to provide any evidence of the conduct of which she complains. The Court will, as in every case, expect attorneys and pro se parties to adhere to the highest ethical standards in relation to each other and to the Court.

The Motion is **DENIED**.

Signed at Houston, Texas on this 28th day of August 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE